# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MAPLE LEAF DAIRY, INC.,

    Plaintiff,

v.                                                                          Case No. 05-C-1000

AGRIMOND, LLC,

    Defendant.

## ORDER FOR STAY

       Defendant Agrimond, LLC, has filed a motion to dismiss or, in the alternative, to stay further proceedings in this matter pending arbitration. This action arises out of the alleged breach of a failed Sales and Services Agreement that contains an arbitration clause. The parties are in agreement and have commenced arbitration before the American Arbitration Association (AAA). Plaintiff Maple Leaf Dairy does not oppose entry of a stay and indicates that counsel for Agrimond has also agreed to the entry of such an order.

       Accordingly, IT IS HEREBY ORDERED that further proceedings in this matter are stayed pending the arbitration of the dispute before the AAA. The clerk is directed to administratively close the file and, unless further action is requested by the parties, the action shall be dismissed six months from today's date.

       Dated this  13th  day of October, 2005.

                                                                   s/ William C. Griesbach
                                                                   William C. Griesbach
                                                                   United States District Judge